Cite as 2019 Ark. 402

# SUPREME COURT OF ARKANSAS

|  |  |
|---|---|
| IN RE ARKANSAS SUPREME COURT COMMITTEE ON SECURITY AND EMERGENCY PREPAREDNESS | **Opinion Delivered:** December 12, 2019 |

## PER CURIAM

Honorable Chris Griffin, District Judge, of Rogers is appointed to the Arkansas Supreme Court Committee on Security and Emergency Preparedness for a term to expire on September 30, 2022. Mayor Harold Perrin, of the City of Jonesboro is appointed to the Arkansas Supreme Court Committee on Security and Emergency Preparedness for a term to expire on September 30, 2022. Cathy Hardin Harrison, Miller County Judge, of Texarkana is appointed to the Arkansas Supreme Court Committee on Security and Emergency Preparedness for a term to expire on September 30, 2022. The court extends its appreciation to these new members for their willingness to serve on this important committee.

Dallas County Sheriff Stan McGahee of Fordyce is reappointed to the Arkansas Supreme Court Committee on Security and Emergency Preparedness for a term to expire on September 30, 2022. Greene County Deputy Robert Case of Paragould is reappointed to the Arkansas Supreme Court Committee on Security and Emergency Preparedness for a term to expire on September 30, 2022. Baxter County Circuit Clerk Canda Reese of

Mountain Home is reappointed to the Arkansas Supreme Court Committee on Security and Emergency Preparedness for a term to expire on September 30, 2022. Terry Henson, Pulaski County OEM of Little Rock is reappointed to the Arkansas Supreme Court Committee on Security and Emergency Preparedness for a term to expire on September 30, 2022. We thank them for their continued service on this important committee.

The court also expresses its gratitude to the following outgoing members, Jill Dabbs, David Hudson and Tina Owens, for their years of valuable service to this committee.